Byron S. Hollins, SB# 113423
Laura M. Levy, SB# 216054
HOLLINS & LEVY LLP
23801 Calabasas Road, Suite 100
Calabasas CA 91302-1597
Phone: 818.223.0300
*Fax:   818.223.0310*

Attorneys for Defendants
Steven C. Glickman and
Glickman & Glickman,
a Law Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA; SOUTHERN DIVISION

### 411 West Fourth Street, Santa Ana, CA 92701-4516; 714.338.4750

| | |
|---|---|
| Alexander Collin Baker<br>And Does 1-10<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Richard J. Fischel, M.D., Ph.D.,<br>Richard J. Fischel, a Medical Corporation,<br>Glenn H. Clark,<br>Schmid and Voiles,<br>Steven C. Glickman,<br>Glickman & Glickman, a Law Corporation,<br>Tami Smolin,<br>And Does 1-10,<br><br>　　　　Defendants. | Case no. SACV10-14 JVS (ANx)<br>(Hon. James V. Selna, 10C, Clerk: 714.338.2848)<br>Complaint filed: January 5, 2010<br><br>**JUDGMENT FOLLOWING ORDER GRANTING MOTION TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br>(FRCP Rule 12(b)(6))<br><br>Date: May 10, 2010<br>Time: 1:30 p.m.<br>Ctrm: 10C |

　　　Defendants Steven C. Glickman and Glickman & Glickman, a Law Corporation's motion to dismiss the above-captioned action for failure to state a claim upon which relief may be granted came on for hearing in Courtroom 10C of the above-entitled court on May 10, 2010.

　　　Plaintiff Alexander Collin Baker appeared on his own behalf.

　　　Byron S. Hollins, of Hollins & Levy LLP, appeared on behalf of defendants Steven C. Glickman and Glickman & Glickman, a Law Corporation.

1   On proof made to the satisfaction of the court that plaintiff had not and can not state
2   any claim against defendants Steven C. Glickman and Glickman & Glickman, a Law
3   Corporation, upon which relief may be granted, and that said defendants are therefore
4   entitled to judgment as a matter of law,

5   IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of
6   defendants Steven C. Glickman and Glickman & Glickman, a Law Corporation, and against
7   plaintiff Alexander Collin Baker; defendants shall recover from plaintiff their costs in the sum
8   of $_____.

9

10  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that
11  there is no just reason for delay in entry of this Judgment.

12

13

14  Dated:  June 29, 2010

   _____
   James V. Selna
15  Judge of the United States District Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is Suite 100, 23801 Calabasas Road, Calabasas, California 91302.

On the date hereinbelow specified, I served the foregoing document, described as set forth below, on the interested parties in this action by the following method(s):

Date of Service: **May 21, 2010**

Document Served: [PROPOSED] **JUDGMENT FOLLOWING ORDER GRANTING MOTION TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

Counsel Served:

**Plaintiff in pro per**
ALEXANDER COLLIN BAKER
PRIVATE ATTORNEY GENERAL
15911 VALLEY WOOD RD
SHERMAN OAKS CA 91403
Tel:   818.644.5535

[ x ]  **(BY REGULAR MAIL - BUSINESS PRACTICE)** I am readily familiar with our business practice for collection and processing of correspondence for mailing with the United States Postal Service and that, under such practice, the correspondence is deposited with the United States Postal Service the same day. I placed true copies thereof, enclosed in sealed envelopes, addressed to each person on whom it is to be served, at the office address as last given by that person on any document filed in the cause, for collection and mailing on the date set forth above, following said business practices.

| **Counsel for Fischel Defendants** | **Counsel for Schmid & Voiles and Glenn H. Clark** |
|---|---|
| LAWRENCE P EBINER larry.ebiner@hro.com | ROBERT T DOLAN rdolan@gaglionedolan.com |
| JONATHAN G FETTERLY jon.fetterly@hro.com | JACK M LaPEDIS jlapedis@gaglionedolan.com |
| HOLME ROBERTS & OWEN LLP | GAGLIONE DOLAN & KAPLAN APC |
| 800 W OLYMPIC BL 4TH FL | 11377 W OLYMPIC BL 10TH FL |
| LOS ANGELES CA 90015 | LOS ANGELES CA 90064-1683 |
| Tel:   1.213.572.4300 | Tel:   1.310.914.7966 |
| *Fax:   1.213.572.4400* | *Fax:   1.310.914.7916* |

[ x ]  **(CM-ECF SYSTEM)** I caused the above-referenced documents to be served on the addressees by utilizing the court's CM-ECF system.

* * *

[ x ]  (**FEDERAL**)  I declare that I am a member of the Bar of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at Calabasas, California on May 21, 2010.

/s
Byron S. Hollins