JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Alexander Collin Baker, and Does 1-100,<br><br>Plaintiffs,<br><br>v.<br><br>Richard J. Fishel MD, Ph.D; Richard J. Fischel, a Medical Corporation; Glenn H. Clark; Schmid and Voiles; Steven C. Glickman; Glickman and Glickman, a Law Corporation; Tami Smolin; and Does 1-10<br><br>Defendants. | Case No.: SACV10-14-JVS-AN<br><br>Hon. James V. Selna<br><br>ORDER GRANTING STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) |

## ORDER

Having considered the parties' stipulation to Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and the recitals and stipulation between the parties therein, IT IS ORDERED THAT:

1. The entire action and each cause of action therein is dismissed with prejudice;
2. All claims and causes of action previously dismissed by this court without previously are deemed dismissed with prejudice;
3. Each party shall bear his/its/their own fees and costs.

**IT IS SO ORDERED**

Date: July 27, 2010

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE