# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Alexander Collin Baker, and Does 1-100, | Case No.: SACV10-14-JVS-AN |
| Plaintiffs, | Hon. James V. Selna |
| v. | JUDGMENT IN CIVIL ACTION |
| Richard J. Fishel MD, Ph.D; Richard J. Fischel, a Medical Corporation; Glenn H. Clark; Schmid and Voiles; Steven C. Glickman; Glickman and Glickman, a Law Corporation; Tami Smolin; and Does 1-10 | [Fed. R. Civ. P. 58(a)] |
| Defendants. | |

1   Following the Court's August 24, 2010, Corrected Order Granting Stipulation
2   to Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)
3   and dismissal of the entire action and each cause of action therein with prejudice,
4   IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in
5   favor of Defendants Richard J. Fischel MD, PhD, Richard J. Fischel, a Medical
6   Corporation, and Tami Smolin, and against plaintiff Alexander Collin Baker, and that
7   plaintiff Alexander Collin Baker take nothing by his action, with each party to bear
8   his/its/her own fees and costs.

Date: September 16, 2010

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE